CHRISTOPHER J. CHRISTIE
United States Attorney
BY: RONNELL WILSON
Assistant United States Attorney
970 Broad Street, 7th Floor
Newark, New Jersey 07102-2534
(973) 645-2700

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Hon. William H. Walls |
| Plaintiff, | : | Criminal No. 06-007 |
| v. | : | CONSENT ORDER VACATING FORFEITURE AS TO PROPERTY COMMONLY KNOWN AS 2025 NORTHWEST 102ND AVENUE, UNIT 112, MIAMI, FLORIDA IN INTERNATIONAL CORPORATE PARK CONDOMINIUM NO. ONE |
| JONATHAN CHU a/k/a "Chien-Ho-Chu," MAGGIE CHEN, a/k/a "Yun Ying Chen," | : | |
| Defendants. | : | |

This matter being opened to the Court by Christopher J. Christie, United States Attorney for the District of New Jersey, (By: Ronnell Wilson, Assistant United States Attorney) for an order vacating the forfeiture to the United States of all right, title and interest, including all appurtenances and improvements thereon, in real property known as: all right, title and interest the defendants have in a certain lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at 2025 Northwest 102nd Avenue, Unit 112, Miami, Florida in International Corporate Park Condominium No. One, according to the Declaration of Condominium thereof, as recorded June 30, 1997 under Clerk's File No. 97R-289185 in Official Record Book 17694, at page 4052 of the Public Records of Miami-Dade County, Florida and the Court having considered the papers filed, and the agreement of the interested parties consenting to the entry of an

order granting the requested relief, which is made a part hereof, and for good cause shown

IT IS ON this 26 Day of December 2007

**ORDERED** that the forfeiture to the United States of all right, title and interest, including all appurtenances and improvements thereon, in real property known as all right, title and interest the defendants have in a certain lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at 2025 Northwest 102nd Avenue, Unit 112, Miami, Florida in International Corporate Park Condominium No. One, according to the Declaration of Condominium thereof, as recorded June 30, 1997 under Clerk's File No. 97R-289185 in Official Record Book 17694, at page 4052 of the Public Records of Miami-Dade County, Florida be vacated; and

**ORDERED** that the real property known as all right, title and interest the defendants have in a certain lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at 2025 Northwest 102nd Avenue, Unit 112, Miami, Florida in International Corporate Park Condominium No. One, according to the Declaration of Condominium thereof, as recorded June 30, 1997 under Clerk's File No. 97R-289185 in Official Record Book 17694, at page 4052 of the Public Records of Miami-Dade County, Florida be released from the custody and control of the United States Marshal Service so that Great Eastern Bank, N.A. and Commercebank, N.A. may exercise their rights pursuant to the mortgages they hold on the real property;

**ORDERED** that all other aspects of the Order of Forfeiture entered on February 20, 2007 remain in full effect.

_____
Honorable William H. Walls
United States District Court Judge
Dated:

      The undersigned hereby consent to the entry of the foregoing Order this ___20___ day of _December_, 2007.

| | |
|---|---|
| CHRISTOPHER J. CHRISTIE<br>United States Attorney<br>Assistant United States Attorney<br>970 Broad Street, 7th Floor<br>Newark, New Jersey 07102-2534<br>(973) 645-2700<br><br>By: _/s/ Ronnell Wilson_<br>     Ronnell Wilson, Esq.<br>     Assistant United States Attorney | BLAXBERG, GRAYSON, KUKOFF &<br>STRAUSS, P.A.<br>*Attorneys for Great Eastern Bank*<br>*Admitted Pro Hac Vice*<br>25 Southeast Second Avenue, Suite 730<br>Miami, Florida 33131<br>(305) 381-7979, Ext. 312<br>Email Ian.kukoff@blaxgray.com<br><br>and |
| NASHEL KATES NUSSMAN RAPONE &<br>ELLIS<br>*Attorneys for Commercebank*<br>190 Moore Street<br>Hackensack, NJ 07601<br>201 488-7211 ext 217<br>Email jack@nklaw.com<br><br>By: _/s/ Jack Zakim_<br>    Jack Zakim, Esq. | FISHMAN & CALLAHAN, P.C.<br>*Attorneys for Great Eastern Bank*<br>120 Eagle Rock Avenue<br>East Hanover, New Jersey 07936<br>Telephone (973) 560-9000<br>Fax (973)560-0060<br>Email scott@fishman-callahan.com<br><br>By: _/s/ Scott Samansky_<br>    Scott Samansky, Esq. |