UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JONATHAN CHU
a/k/a "Chien-Ho-Chu,"
MAGGIE CHEN,
a/k/a "Yun Ying Chen,"

    Defendants

: Hon. William H. Walls
:
: Crim. No. 06-007 (WHW)
:
:
: ORDER TO SHOW CAUSE
:
:
:

THIS MATTER having come before the Court on the motion of the United States for an Order directing Chu-Wen Tseng, as Trustee of and on behalf of the Chien-Ho Chu Irrevocable Family Trust, to show cause, if any there be, why she should not be held in contempt for her failure to comply with this Court's Order dated April 8, 2008 rquiring her to pay to the United States the amount of $57,151.38, representing a 3.853% interest in a certain lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at 19-21 Worlds Fair Drive, Somerset, New Jersey, including any exhibits attached thereto; and for good cause shown,

IT IS on this 2 day of June, 2009,

ORDERED that Chu-Wen Tseng, as Trustee of and on behalf of the Chien-Ho Chu Irrevocable Family Trust, show cause, if any there be, before this Court, the Honorable William H. Walls

presiding, in the United States Court House, Martin Luther King Jr. Federal Building, 50 Walnut Street, Newark, NJ, Courtroom 4D, on the 6th day of July, 2009 at 10 A.m., or as soon thereafter as counsel can be heard, why Chu-Wen Tseng should not be held in contempt and be subject to such further relief as this Court determines may be necessary or appropriate.

_____
HON. WILLIAM H. WALLS
United States District Judge