UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Hon. William H. Walls |
| Plaintiff, | : | Crim. No. 06-007 (WHW) |
| v. | : | |
| JONATHAN CHU<br>a/k/a "Chien-Ho-Chu," | : | ORDER |
| MAGGIE CHEN,<br>a/k/a "Yun Ying Chen," | : | |
| Defendants | : | |

THIS MATTER having come before the Court on the motion of the United States by Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Ronnell L. Wilson, Assistant United States Attorney, appearing), in the presence of Chu-Wen Tseng and her counsel (Stephen Tsai, Esq., appearing)for an Order directing Chu-Wen Tseng, as Trustee of and on behalf of the Chien-Ho Chu Irrevocable Family Trust, to show cause, if any there be, why she should not be held in contempt for her failure to comply with this Court's Order dated April 8, 2008 requiring her to pay to the United States the amount of $57,151.38, representing a 3.853% interest in a certain lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at 19-21 Worlds Fair Drive, Somerset, New Jersey, and the Court having heard the arguments of counsel at a hearing held on July 6, 2009, the Court makes the following findings:

      1.     On October 26, 2007 Chu-Wen Tseng, as Trustee of and on behalf of the Chien-Ho Chu Irrevocable Family Trust and tthe United States executed a Settlement Agreement, whereby the Chien-Ho Chu Irrevocable Family Trust agreed to pay the United States

$57,151.38, on or before April 23, 2008, in exchange for the United States' agreement to assign the Chien-Ho Chu Irrevocable Family Trust the United States' entire interest in a certain lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at 19-21 Worlds Fair Drive, Somerset, New Jersey.

2. On April 8, 2008, the Court issued a Consent Judgement and Final Order of Forfeiture incorporating the above-referenced Settlement Agreement.

3. On or about April 23, 2008 the Chien-Ho Chu Irrevocable Family Trust failed to pay the United States the $57,151.38 it was required to pay to the United States under the terms of the Settlement Agreement and pursuant to the Consent Judgement and Final Order, and to date has failed to remit payment.

4. There is no legal basis for any of the arguments set forth by counsel for Chu-Wen Tseng, as Trustee of and on behalf of the Chien-Ho Chu Irrevocable Family Trust.

5. The failure of Chu-Wen Tseng, as Trustee of and on behalf of the Chien-Ho Chu Irrevocable Family Trust, to comply with this Court's Order dated April 8, 2008 requiring her to pay to the United States the amount of $57,151.38 amounts to contemptuous willful disobedience.

IT IS, therefore, on this 7 day of July, 2009,

ORDERED that Chu-Wen Tseng, as Trustee of and on behalf of the Chien-Ho Chu Irrevocable Family Trust, pay to the United States the amount of $57,151.38, representing a 3.853% interest in a certain lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at 19-21 Worlds Fair Drive, Somerset, New Jersey, on July 6, 2009; and

IT IS FURTHER ORDERED that Chu-Wen Tseng, as Trustee of and on behalf of the Chien-Ho Chu Irrevocable Family Trust, pay to the Clerk of the United States District Court for the District of New Jersey a fine in the amount of $571.51 per day, beginning on July 7, 2009, until such time as full payment in the amount of $57,151.38 is made to the United States.

                                                     HON. WILLIAM H. WALLS  
                                                     United States District Judge