NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| Plaintiffs, | : **ORDER** |
| v. | : Cr. No. 06-007 (WHW) |
| JONATHAN CHU, | : |
| Defendants, | : |

**Walls, Senior District Judge**

Counsel for Chuwen Tseng, aka Victoria Chu, requests that the Court strike Paragraphs 4 and 5 from its July 8, 2009 Order.

It is on this 25th day of August, 2009:

ORDERED that the request to strike Paragraph 5 of this Court's July 8, 2009 Order is GRANTED and that the order is amended accordingly.

s/ William H. Walls
United States Senior District Judge