UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

WALDER, HAYDEN & BROGAN, P.A.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 992-5300
Counsel for Defendant, Jonathan Chu

| UNITED STATES OF AMERICA | CASE NO.: 06-007 (WHW) |
|---|---|
| v. | **ORDER MODIFYING CONDITIONS OF PROBATION** |
| JONATHAN CHU, | |
| Defendant. | |

This matter having been opened to the Court by application of the defendant Jonathan Chu by and through his attorneys Walder, Hayden & Brogan, P.A., (Alan Silber, Esq. and Kevin A. Buchan, Esq. appearing), on notice and consent from the United States Attorney, Paul J. Fishman (Assistant United States Attorney Margaret Mahoney appearing), and United States Probation Department (Shaheen Shan appearing), and the Court having considered all papers submitted and for good cause shown;

IT IS ON THIS ___6___ day of _____, 2010

**ORDERED** that the Conditions of Probation entered on June 25, 2007 by the Honorable William H. Walls is hereby modified to permit Jonathan Chu to travel outside the country for business purposes on dates to be approved by Probation.

**IT IS FURTHER ORDERED** that a copy of this Order be served upon all parties within __10__ days of the date hereof.

_____
HON. WILLIAM H. WALLS, U.S.D.J.