UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

WALDER, HAYDEN & BROGAN, P.A.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 992-5300
Counsel for Defendant, Jonathan Chu

| UNITED STATES OF AMERICA | CASE NO.: 06-CR-007 (WHW) |
|---|---|
| v. | |
| JONATHAN CHU, | **ORDER MODIFYING CONDITIONS OF PROBATION** |
| Defendant. | |

This matter having been opened to the Court by application of the defendant Jonathan Chu by and through his attorneys Walder, Hayden & Brogan, P.A., (Kevin A. Buchan, Esq. appearing), on notice to the United States Attorney, Paul J. Fishman (Assistant United States Attorney Margaret Mahoney appearing), and the United States Probation Department (Shaheen Shan appearing), and the Court having considered all papers submitted and for good cause shown;

IT IS ON THIS 26 day of July, 2011;

**ORDERED** that the Conditions of Probation entered on June 25, 2007, by the Honorable William H. Walls, are hereby modified to permit Jonathan Chu to travel to Taiwan for business purposes for the duration of one (1) month, on dates to be provided to and approved by Probation.

- 2 -

**IT IS FURTHER ORDERED** that a copy of this Order be served upon all parties within __7__ days of the date hereof.

　　　　　　　　　　　　　　　　　　　　　／s／ _____
　　　　　　　　　　　　　　　　　　　　　HON. WILLIAM H. WALLS, U.S.D.J.